AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Las Americas Immigrant Advocacy Center, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-1537 |
| Steven C. McCraw et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Las Americas Immigrant Advocacy Center; American Gateways; And The County Of El Paso, Texas.

Date: 12/21/2023

/s/ Cody Wofsy
*Attorney's signature*

Cody Wofsy (CA Bar No. 294179)
*Printed name and bar number*

American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
*Address*

cwofsy@aclu.org
*E-mail address*

(415) 343-0785
*Telephone number*

(415) 343-0950
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, a true and correct copy of this pleading has been served via the Court's CM/ECF system on all counsel of record.

*/s/ Cody Wofsy*
Cody Wofsy