AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al., )<br>*Plaintiff* )<br>v. )<br>Steven C. McCraw et al. )<br>*Defendant* ) | Case No.  1:23-cv-1537 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Las Americas Immigrant Advocacy Center; American Gateways; And The County Of El Paso, Texas.

Date:  12/21/2023

/s/ Spencer Amdur
*Attorney's signature*

Spencer Amdur (CA Bar No. 320069)
*Printed name and bar number*

American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
*Address*

samdur@aclu.org
*E-mail address*

(415) 343-1198
*Telephone number*

(415) 343-0950
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023, a true and correct copy of this pleading has been served via the Court's CM/ECF system on all counsel of record.

*/s/ Spencer Amdur*
Spencer Amdur
