AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-1537 |
| Steven C. McCraw et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Las Americas Immigrant Advocacy Center; American Gateways; And The County Of El Paso, Texas.

Date: 12/21/2023

/s/ Omar Jadwat
*Attorney's signature*

Omar Jadwat (NY Bar No. 4118170)
*Printed name and bar number*

American Civil Liberties Union
125 Broad Street, Floor 18
New York, NY 10004
*Address*

ojadwat@aclu.org
*E-mail address*

(212) 549-2620
*Telephone number*

(212) 549-2654
*FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2023, a true and correct copy of this pleading has been served via the Court's CM/ECF system on all counsel of record.

                                                                             */s/ Omar Jadwat*
                                                                             Omar Jadwat