UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Las Americas Immigrant Advocacy Center, American Gateways, and County of El Paso, Texas | § § § § | |
| vs. | § § § § | NO:   1:23-CV-01537-RP |
| Steven C. McCraw and Bill D. Hicks | | |

O R D ER

**BE IT REMEMBERED** on this the 5th day of January, 2024, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Anand Balakrishnan, counsel for American Gateways, County of El Paso, Texas, Las Americas Immigrant Advocacy Center and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Anand Balakrishnan may appear on behalf of American Gateways, County of El Paso, Texas, Las Americas Immigrant Advocacy Center in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 5th day of January, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE