# Western District of Texas - Austin Division, Texas
**501 W 5TH, STE 1100 AUSTIN TX 78701**

RUSH SERVICE

## CASE #: 1:23-CV-01537-DII

**LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS**

*Plaintiff*
**vs**
**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, AND BILL D. HICKS IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT**
*Defendant*

### AFFIDAVIT OF SERVICE

**I, JAMES R HENDERSON, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 01/04/24 3:37 pm, instructing for same to be delivered upon MCCRAW, STEVEN C. DIRECTOR, TEXAS DEPARTMENT OF PUBLIC SAFETY.

That I delivered to: MCCRAW, STEVEN C. DIRECTOR, TEXAS DEPARTMENT OF PUBLIC SAFETY.
By Delivering To Rapfel Gerrero Relationship: AUTHORIZED

| | |
|---|---|
| the following | : SUMMONS; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| at this address | : 5805 North Lamar Blvd<br>Austin, Travis County, TX 78752-4431 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Friday JAN 05, 2024 2:29 pm |

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the 8th day of January, 2024.

_____
JAMES R HENDERSON         2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2025

AX02A24100439

| | |
|---|---|
| Service Fee: | PCP Inv#: A24100439 |
| Witness Fee: | |
| Mileage Fee: | Reference : 1:23-CV-01537-DII |
| | American Civil Liberties Union |

eaffidavits@pcpusa.net

RETURN TO CLIENT