IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, AND BILL D. HICKS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT,**<br><br>*Defendants.* | **CIVIL ACTION NO. 1:23-CV-1537-DII** |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, files this Notice of Appearance and hereby notifies the Court that Ryan D. Walters appears as counsel in the above-captioned case along with counsel listed below. Ryan D. Walters is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block:

Date: January 9, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

Respectfully submitted.

*/s/ RYAN D. WALTERS*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Tex. State Bar No. 24105085

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Walters@oag.texas.gov

**COUNSEL FOR DEFENDANT STEVEN C. MCCRAW**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 9, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
RYAN D. WALTERS