# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS, <br><br> *Plaintiffs,* <br><br> v. <br><br> STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, AND BILL D. HICKS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT, <br><br> *Defendants.* | CIVIL ACTION NO. 1:23-CV-1537-DII |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Steven C. McCraw, in his official capacity as Director of the State of Texas Department of Public Safety, files this Notice of Appearance and hereby notifies the Court that David Bryant appears as counsel in the above-captioned case along with counsel listed below David Bryant is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block:

| | |
|---|---|
| Date: January 9, 2024 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | */S/DAVID BRYANT*<br>**DAVID BRYANT** |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | Special Counsel<br>Tex. State Bar No. 03281500<br>SDTX Bar No. 808332 |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Ryan.Walters@oag.texas.gov<br>David.Bryant@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT STEVEN C. MCCRAW** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 9, 2024 and that all counsel of record were served by CM/ECF.

*/S/DAVID BRYANT*
**DAVID BRYANT**