RECEIVED
JAN 5 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAS AMERICAS IMMIGRANT
ADVOCACY CENTER; AMERICAN
GATEWAYS; and THE COUNTY OF EL
PASO, TEXAS,
*Plaintiffs,*

v.

Cause No. 1:23-cv-1537

STEVEN C. MCCRAW, in his official
capacity as Director of the State of Texas
Department of Public Safety, and BILL
HICKS, in his official capacity as District
Attorney for the 34th District,
*Defendants.*

## MOTION FOR LEAVE TO FILE ENCLOSED INTERVENTION AND COMPLAINT

COME NOW, Carl Starr and motions for leave to file the enclosed Intervention and Complaint..

Respectfully Submitted,

Electronic Signed \ Carl Starr \ 1-2-24   *[signature]* 1-2-24

I Certify the foregoing was emailed to the plaintiffs. And land mailed to the court and defendants.

Electronic Signed \ Carl Starr \ 1-2-24   *[signature]* 1-2-24

Carl Starr, General Delivery, Fort Hancock, Texas 79839

Mailing Address: Carl Starr 815 La Cruz Dr, El Paso, Texas 79902

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAS AMERICAS IMMIGRANT
ADVOCACY CENTER; AMERICAN
GATEWAYS; and THE COUNTY OF EL
PASO, TEXAS,
*Plaintiffs,*

v.

STEVEN C. MCCRAW, in his official
capacity as Director of the State of Texas
Department of Public Safety, and BILL
HICKS, in his official capacity as District
Attorney for the 34th District,
*Defendants.*

Cause No. 1:23-cv-1537

ORDER ON MOTION FOR LEAVE TO FILE INTERVENTION AND COMPLAINT

The Court having considered Carl Starr's Motion for Leave to file Intervention and Complaint.

GRANTS IT. The Court Clerk shall file stamp the documents.

JUDGE_____

DATE_____