**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and THE COUNTY OF EL PASO, TEXAS,<br><br>　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>STEVEN C. MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety; and BILL D. HICKS, in his official capacity as District Attorney for the 34th District,<br><br>　　　　　　　*Defendants*. | No. 1:23-cv-1537 |

**PROPOSED ORDER GRANTING APPLICATION FOR PRELIMINARY INJUNCTION**

Upon due consideration of Plaintiffs' application for preliminary injunction, the Court hereby **GRANTS** Plaintiffs' application and orders as follows:

1.  Texas Senate Bill 4 (88th Leg. (4th special session)) is preliminarily enjoined in its entirety pending final judgment in this case.

2.  Defendants Steven McCraw and Bill Hicks and their agents, employees, and anyone working in concert with them, including all officers of the Texas Department of Public Safety, shall not take any action to enforce Senate Bill 4 in any manner whatsoever while this injunction remains in effect.


DATED: _____    _____

　　　　　　　　　　　　　THE HONORABLE JUDGE ROBERT L. PITMAN
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT