IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS,<br><br>    *Plaintiffs,*<br><br>v.<br><br>STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY, AND BILL D. HICKS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT,<br><br>    *Defendants.* | CIVIL ACTION NO. 1:23-CV-1537-DII |

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

Before the Court is Defendants' Unopposed Motion to Consolidate. After considering the motion, record, and relevant authorities, the Court **GRANTS** Defendants' motion and **ORDERS** consolidation of this case with *United States v. Texas, et al.*, No. 1:24-cv-00008-RP (W.D. Tex.).

    **IT IS SO ORDERED**.

    SIGNED on this the _____ day of _____, 2024.

                                              _____
                                                  United States District Judge