FILED
January 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS,

    *Plaintiffs,*

v.

STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPT OF PUBLIC SAFETY, AND BILL D. HICKS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT,

    *Defendants.*

CASE NO. 1:23-CV-1537-DII

### ORDER SETTING BRIEFING SCHEDULE

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby **ORDERED** that the following schedule and page limits shall govern the Plaintiffs' Motion for Preliminary Injunction filed on January 12, 2024 (ECF No. 30):

| Brief | Date | Page Limit |
|---|---|---|
| Plaintiffs' motion | Passed | Passed |
| Defendants' opposition | February 2, 2024 | 40 pages |
| Plaintiffs' reply | February 12, 2024 | 30 pages |

**IT IS SO ORDERED**.

SIGNED this  25th  day of  January , 2024.

_____
**Robert Pitman**
**United States District Judge**