IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAS AMERICAS IMMIGRANT ADVOCACY §
CENTER, AMERICAN GATEWAYS, and §
COUNTY OF EL PASO, TEXAS, §
       §
     Plaintiffs, §
       §
v. §        1:23-CV-1537-DII
       §
STEVEN C. MCCRAW, *in his official capacity as* §
*Director of The State of Texas Department of Public* §
*Safety*, and BILL D. HICKS, *in his official capacity as* §
*District Attorney for the 34th District*, §
       §
     Defendants. §

## ORDER

     **IT IS ORDERED** that this action is **REASSIGNED** to the docket of the Honorable

David Ezra, United States District Judge for the Western District of Texas.

     **SIGNED** on January 30, 2024.

                                 _____

                               ROBERT PITMAN
                               UNITED STATES DISTRICT JUDGE