UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Las Americas Immigrant Advocacy Center, et al. | § § § § § § § § § | NO: AU:23-CV-01537-DAE |
| Plaintiffs, | | |
| vs. | | |
| Steven C. McCraw, et al. | | |
| Defendant. | | |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, February 01, 2024 at 11:15 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas January 31, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE