FILED
January 31, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, AMERICAN GATEWAYS, and COUNTY OF EL PASO, TEXAS, | § § § § § | No. 1:23-CV-1537-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| STEVEN C. MCCRAW, *in his official capacity as Director of The State of Texas Department of Public Safety,* and BILL D. HICKS, *in his official capacity as District Attorney for the 34th District,* | § § § § § § | |
| Defendants. | § § | |

_____

## ORDER

Before the Court is Defendants' Unopposed Motion to Consolidate Cases filed on January 19, 2024. (Dkt. 38). In their motion, Defendants request that the Court consolidate this case with the related action, *United States v. Texas*, No. 1:24-CV-8-DAE, (W.D. Tex. filed Jan. 3, 2024). Having considered Defendants' Motion, the Court agrees that it should be granted.

**IT IS THEREFORE ORDERED** that Defendants' motion, (Dkt. 38), is **GRANTED**. This action is consolidated with 1:24-CV-8-DAE, which will be the lead case. In light of the consolidation, the Clerk of Court shall

**ADMINISTRATIVELY CLOSE** 1:23-CV-1537-DAE. All pleadings pertaining to any of the consolidated proceedings shall henceforth be filed in 1:24-cv-8-DAE.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, January 31, 2024.

_____
David Alan Ezra
Senior United States District Judge