IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and COUNTY OF EL PASO, TEXAS, | § § § § § § | No. 1:23-cv-01537-DAE (Lead) |
| *Plaintiffs*, | § § | |
| v. | § § | |
| FREEMAN F. MARTIN, in his official capacity as Director of Texas Department of Public Safety; and JAMES MONTOYA, in his official capacity as District Attorney for the 34th District, | § § § § § § § § § | |
| *Defendants*. | § § | |
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, and JAMES DOE, | § § § § § § | No. 1:24-cv-00270-DAE (Consolidated) |
| *Plaintiffs*, | § § | |
| v. | § § | |
| GREGORY ABBOTT, in his official capacity as Governor of Texas, ET AL., | § § § § § | |
| *Defendants*. | § | |

1

ORDER

Before the Court is the above-styled cause of action, which concerns Senate Bill 4, enacted in 2023 by the 88th Texas Legislature. Also before the Court is La Union Del Pueblo Entero v. Abbott, 1:24-cv-270-DAE, which concerns the same.

Federal Rule of Civil Procedure 42(a) provides that if actions "involve a common question of law or fact," the court may "consolidate the actions" or "issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). The decision to consolidate actions under Rule 42(a) is "entirely within the discretion of the district court as it seeks to promote the administration of justice." Gentry v. Smith, 487 F.2d 571, 581 (5th Cir. 1973).

On April 4, 2025, the Court issued an Order in La Union Del Pueblo Entero v. Abbott, 1:24-cv-270-DAE, consolidating that case with Las Americas Immigrant Advocacy Center v. Martin,[1] 1:23-cv-1537-DAE. (1:24-cv-270-DAE, Dkt. # 35.)

---

[1] This case was previously styled Las Americas Immigrant Advocacy Center v. McCraw. However, Freeman F. Martin was recently substituted for Steven C. McCraw as the current Director of the Texas Department of Public Safety. (Dkt. # 49.)

2

The Clerk of Court is therefore **INSTRUCTED** to **CONSOLIDATE** La Union Del Pueblo Entero v. Abbott, 1:24-cv-270-DAE, with Las Americas Immigrant Advocacy Center v. Martin, 1:23-cv-1537-DAE.

**IT IS ORDERED** that Las Americas Immigrant Advocacy Center v. Martin, 1:23-cv-1537-DAE, shall be the lead case, and all future filings shall be made in 1:23-cv-1537-DAE.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 9, 2025.

_____
David Alan Ezra
Senior United States District Judge