# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>FREEMAN F. MARTIN, I*n his official capacity as Director of the State of Texas Dept. of Public Safety*, AND JAMES MONTOYA, *in his official capacity as District Attorney for the 34th District*,<br><br>*Defendants.* | CASE NO. 1:23-CV-1537-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH<br><br>CASE NO. 1:24-CV-270-DAE |
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREGORY ABBOTT, ET AL.,<br><br>*Defendants.* | |

## DEFENDANT'S NOTICE OF APPOINTMENT

Defendant Bryan Goertz, sued in his official capacity as the Bastrop County District Attorney ("Defendant"), files this Notice of Appointment and hereby notifies the Court that William H. Farrell has been appointed Pro Tem Criminal District Attorney for Bastrop County, Texas to appear as counsel in the above-captioned case. The Statement of Appointed Officer and

Oath of Appointed Officer has been executed by William H. Farrell and is attached hereto as Exhibit A. William H. Farrell is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block:

Respectfully submitted.

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | **BRYAN GOERTZ**<br>Criminal District Attorney,<br>Bastrop County, Texas |
| **BRENT WEBSTER**<br>First Assistant Attorney General | By: /s/ William H. Farrell<br>**WILLIAM H. FARRELL** |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | Pro Tem Criminal District Attorney (deputized)<br>Assistant Attorney General |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for Civil Litigation | Texas Bar No. 00796531<br>biff.farrell@oag.texas.gov |
| **KIMBERLY GDULA**<br>Chief, General Litigation | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>General Litigation Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel.: 512-936-2650 |
| | **COUNSEL FOR BRYAN GOERTZ** |

## CERTIFICATE OF SERVICE

I certify that on May 8, 2025, a true and correct copy of the foregoing document was transmitted through the CM/ECF system of the Western District of Texas, and that all counsel of record were served.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General