# THE STATE OF TEXAS

*Statement of Appointed Officer*

I, William H. Farrell, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment, as a reward to secure my appointment or confirmation as a Pro Tem Criminal District Attorney for Bastrop County, Texas, so help me God.

_____
William H. Farrell
Attorney Pro Tem
State Bar # 00796531

SWORN TO and subscribed before me by test on this 24th day of April, 2024.

_____
Notary Public, State of Texas

[Notary Seal: QUENNETTE CATRICE ROSE, Notary Public, State of Texas, ID 134154298, Exp. 01-19-2027]

**EXHIBIT A**

# THE STATE OF TEXAS

*Oath of Appointed Officer*

I, William H. Farrell, do solemnly swear (or affirm), that I will faithfully execute the duties of Pro Tem Criminal District Attorney for Bastrop County, Texas, in the matter involving La Union del Pueblo Entero, et al v Gregory Abbott, et al, and will to the best of my ability, preserve, protect and defend the Constitution and laws of the United States and of this State, so help me God.

_____
William H. Farrell
Attorney Pro Tem
State Bar # 00796531

This OATH OF OFFICE was administered and subscribed to before me by William H. Farrell on this _____ day of April, 2024, who was appointed by me as Attorney Pro Tem in the case involving La Union del Pueblo Entero, et al v Gregory Abbott, et al,.

_____
Judge Presiding