UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al<br><br>    Plaintiffs,<br>vs.<br><br>Steven C. McCraw, et al.<br><br>    Defendants. | §<br>§<br>§   NO:  AU:23-CV-01537-DAE<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, May 28, 2025 at 02:30 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas May 09, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE