## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS, *Plaintiffs,* v. FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPT OF PUBLIC SAFETY, AND JAMES MONTOYA, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT, *Defendants.* | CASE NO. 1:23-CV-1537-DAE (LEAD CASE) |
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE, *Plaintiffs,* v. GREGORY ABBOTT, *et al.,* *Defendants.* | CONSOLIDATED CASE NO. 1:24-cv-270 |

### DEFENDANTS' NOTICE OF APPEAL

Defendant Greg Abbott, in his official capacity as Governor of Texas; Freeman F. Martin, in his official capacity as Director of the State of Texas Department of Public Safety; and Warren K. Paxton, in his official capacity as the Attorney General of Texas (collectively "State Defendants") respectfully appeal this Court's orders entered on June 23, 2025, to the United States Court of Appeals for the Fifth Circuit. *See* Docket Entr(ies): "Text Order" denying [53] and [65]. Those orders deny Director Freeman and State Defendants' Motions to Dismiss, respectively. *See id.* The orders denying the motions to dismiss are immediately appealable. *See* 28 U.S.C. § 1292.

1

| | |
|---|---|
| Date: July 21, 2025 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | /s/ *David Bryant*<br>**DAVID BRYANT**<br>Senior Special Counsel<br>Tex. State Bar No. 03281500 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **ZACHARY BERG**<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | **WADE A. JOHNSON**<br>Special Counsel<br>Texas Bar No. 24062197 |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998 | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>david.bryant@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>wade.johnson@oag.texas.gov |
| **KATHLEEN T. HUNKER**<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 24118415 | |
| | **COUNSEL FOR STATE DEFENDANTS** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 21, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**DAVID BRYANT**