| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-01537-DAE Las Americas Immigrant Advocacy Center et al v. Martin, et al. Order on Motion to Dismiss |
| **Date:** | Monday, June 23, 2025 1:23:22 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 6/23/2025 at 1:21 PM CDT and filed on 6/23/2025
**Case Name:**      Las Americas Immigrant Advocacy Center et al v. Martin, et al.
**Case Number:**    1:23-cv-01537-DAE
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order DENYING [53] Motion to Dismiss. The motion is denied without prejudice subject to refiling after the case is returned from the 5th Circuit. Entered by Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ps)**


**1:23-cv-01537-DAE Notice has been electronically mailed to:**

Adriana Cecilia Pinon     apinon@aclutx.org, 5099676420@filings.docketbird.com, 5626596420@filings.docketbird.com, 9191273420@filings.docketbird.com

Anand Balakrishnan     abalakrishnan@aclu.org

Bernardo Rafael Cruz     b.cruz@epcountytx.gov, i.baeza@epcounty.com, mcontreras@epcounty.com, Pam.Lopez@epcountytx.gov

Christina R. Sanchez     christina.sanchez@epcounty.com, christinar_sanchez@hotmail.com

Cody Wofsy     cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com, smujahid@aclu.org

Daniel Hatoum     daniel@texascivilrightsproject.org, daniel.hatoum@gmail.com, georgina@texascivilrightsproject.org

David A. Donatti    ddonatti@aclutx.org, 5099676420@filings.docketbird.com, 5626596420@filings.docketbird.com, 9143226420@filings.docketbird.com

Erin D. Thorn    erin@texascivilrightsproject.org, georgina@texascivilrightsproject.org

Evan W. Weltge    eweltge@kesslercollins.com, laura.hendrix@oag.texas.gov

Hannah Schoen Steinberg    hsteinberg@aclu.org

Heather Lee Dyer    hdyer@danielstarklaw.com

Hilda Bonilla    bonilla@nilc.org

Jacob Edward Przada    jacob.przada@oag.texas.gov

Julia Renee Longoria    jlongoria@maldef.org, juliarlongoria@gmail.com

Kate Gibson Kumar    kate@texascivilrightsproject.org

Kathleen Hunker    kathleen.hunker@oag.texas.gov, amaireny.rodriguez@oag.texas.gov, bonnie.freymuth@oag.texas.gov, sharon.murray@oag.texas.gov

Lee Gelernt    lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Lynn Damiano Pearson    damianopearson@nilc.org, docket@nilc.org

Monroe David Bryant , Jr    david.bryant@oag.texas.gov, jessica.yvarra@oag.texas.gov, sharon.murray@oag.texas.gov, tamera.martinez@oag.texas.gov

Morgan Russell    mrussell@aclu.org

Munera Al-Fuhaid    munera.al-fuhaid@oag.texas.gov, tamera.martinez@oag.texas.gov

Nina Perales    nperales@maldef.org, cleija@maldef.org, ipina@maldef.org

Rebecca Estrada Quinn    r.quinn@epcountytx.gov

Ryan Daniel Walters    ryan.walters@oag.texas.gov, Amaireny.Rodriguez@oag.texas.gov, bonnie.freymuth@oag.texas.gov, emily.bratton@oag.texas.gov, sharon.murray@oag.texas.gov, tamera.martinez@oag.texas.gov

Ryan G. Kercher    ryan.kercher@oag.texas.gov, bonnie.freymuth@oag.texas.gov, emily.bratton@oag.texas.gov, ryan.kercher@gmail.com

Sabrina J. Rodriguez    srodriguez@maldef.org

Tamara F. Goodlette    tami@texascivilrightsproject.org

Thomas A. Saenz    tsaenz@maldef.org, yportillo@maldef.org

Wade A. Johnson     wade.johnson@oag.texas.gov

Wafa Junaid     wjunaid@aclu.org

William Howard Farrell     BIFF.FARRELL@OAG.TEXAS.GOV, biff.farrell@oag.texas.gov, nicole.myette@oag.texas.gov

**1:23-cv-01537-DAE Notice has been delivered by other means to:**

Ballard C. Shapleigh
El Paso District Attorney's Office
500 E. San Antonio
Suite 201
El Paso, TX 79901