# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 24, 2025

Lyle W. Cayce
Clerk

No. 25-50595

_____

Las Americas Immigrant Advocacy Center; American Gateways; County of El Paso, Texas,

*Plaintiffs—Appellees*,

*versus*

Deputy Director Freeman F. Martin, in his official capacity as Director of the State of Texas Department of Public Safety; Gregory Abbott, *sued in his official capacity*; Warren K. Paxton, *sued in his official capacity*,

*Defendants—Appellants*,

_____

United States of America,

*Plaintiff*,

*versus*

Greg Abbott, *in his official capacity as Governor of Texas*,

*Defendant—Appellant*,

_____

La union Del Pueblo Entero; Sarah Doe; Mary Doe; John Doe; James Doe,

No. 25-50595

*Plaintiffs—Appellees,*

*versus*

GREGORY ABBOTT, *sued in his official capacity*; WARREN K. PAXTON, *sued in his official capacity*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1537
USDC No. 1:24-CV-8
USDC No. 1:24-CV-270

_____

ORDER:

IT IS ORDERED that appellant's unopposed motion to stay further proceedings in this court is GRANTED.

/s/James E. Graves, Jr
JAMES E. GRAVES, JR.
*United States Circuit Judge*