# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50595   Las Americas v. Martin
                     USDC No. 1:23-CV-1537
                     USDC No. 1:24-CV-8
                     USDC No. 1:24-CV-270

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Eyonka M. Falls, Deputy Clerk
                     504-310-7670

Ms. Hilda Bonilla
Mr. Monroe David Bryant Jr.
Mr. Philip Devlin
Mr. Daniel Ortner
Ms. Lynn Damiano Pearson
Ms. Nina Perales
Ms. Adriana Cecilia Pinon