

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued
as the mandate on May 15, 2026**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

April 24, 2026

Lyle W. Cayce
Clerk

————————

No. 24-50149

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STATE OF TEXAS; GREG ABBOTT, *in his official capacity as Governor of Texas*; TEXAS DEPARTMENT OF PUBLIC SAFETY; FREEMAN F. MARTIN, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

————————————————————

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs—Appellees*,

*versus*

FREEMAN F. MARTIN, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendants—Appellants*.

No. 24-50149

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

_____

JUDGMENT

Before ELROD, *Chief Judge*, and JONES, SMITH, STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the preliminary injunction of the District Court is VACATED.

IT IS FURTHER ORDERED that Appellees: Las Americas; American Gateways; and County of El Paso pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

JAMES C. HO, *Circuit Judge*, concurring.

ANDREW S. OLDHAM, *Circuit Judge*, joined by ELROD, *Chief Judge*, and JONES, WILLETT, HO, DUNCAN, and ENGELHARDT, *Circuit Judges*, concurring[1].

PRISCILLA RICHMAN, *Circuit Judge*, dissenting, in which STEWART, SOUTHWICK, HIGGINSON, and RAMIREZ, *Circuit Judges*,

---

[1] CHIEF JUDGE ELROD joins in all but footnote 5.

Case: 24-50149   Document 445-1   Page: 3   Date Filed: 05/15/2026

joined, and in which GRAVES and DOUGLAS, *Circuit Judges*, joined as to Part II.

JAMES E. GRAVES, JR., *Circuit Judge*, joined by STEWART, RICHMAN, HIGGINSON, DOUGLAS, and RAMIREZ, *Circuit Judges*, dissenting.

STEPHEN A. HIGGINSON, *Circuit Judge*, joined by STEWART, RICHMAN, SOUTHWICK, DOUGLAS, and RAMIREZ, *Circuit Judges*, dissenting.