**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; and THE COUNTY OF EL PASO, TEXAS,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>FREEMAN F. MARTIN, et al.,<br><br>     *Defendants*. | CASE NO. 1:23-cv-01537-DAE (LEAD CASE)<br><br>CONSOLIDATED WITH CASE NO. 1:24-CV-270-DAE |
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE AND JAMES DOE,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>GREGORY ABBOTT, et al.,<br><br>     *Defendants*. | |

**PLAINTIFFS' RESPONSE TO DEFENDANT MARTIN'S MOTION TO LIFT STAY
AND TO DISMISS CASE 1:23-cv-1537-DAE**

Plaintiffs Las Americas Immigrant Advocacy Center, American Gateways, and the County of El Paso, Texas, do not oppose lifting the stay in this case.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs request that the Court dismiss Case No. 1:23-cv-01537-DAE without prejudice, and with each party to bear its own costs.

| | |
|---|---|
| Dated: June 3, 2026 | */s/ Cody Wofsy* |
| | Cody Wofsy |
| David A. Donatti (TX Bar No. 24097612) | Spencer Amdur |
| Adriana C. Piñon (TX Bar No. 24089768) | Hannah Steinberg |
| AMERICAN CIVIL LIBERTIES UNION OF | Morgan Russell |
| TEXAS | AMERICAN CIVIL LIBERTIES |
| P.O. Box 8306 | UNION FOUNDATION |
| Houston, TX 77288 | IMMIGRANTS' RIGHTS PROJECT |
| Telephone: (713) 942-8146 | 425 California Street, 7thFloor |
| Facsimile: (713) 942-8966 | San Francisco, CA 94104 |
| ddonatti@aclutx.org | T: (415) 343-0770 |
| apinon@aclutx.org | F: (415) 395-0950 |
| | cwofsy@aclu.org |
| *For Plaintiffs Las Americas Immigrant* | samdur@aclu.org |
| *Advocacy Center, American Gateways, and* | hsteinberg@aclu.org |
| *County of El Paso* | mrussell@aclu.org |
| | |
| Kate Gibson Kumar (TX Bar No. 24137588) | Anand Balakrishnan |
| Daniel Hatoum (TX Bar No. 24099136) | Omar Jadwat |
| TEXAS CIVIL RIGHTS PROJECT | Lee Gelernt |
| 1017 W. Hackberry Ave. | AMERICAN CIVIL LIBERTIES |
| Alamo, TX 78516 | UNION FOUNDATION |
| Telephone: (512) 474-5073, ext. 207 | IMMIGRANTS' RIGHTS PROJECT |
| Facsimile: (956) 787-6348 | 125 Broad St., 18th Floor |
| daniel@texascivilrightsproject.org | New York, NY 10004 |
| | T: (212) 549-2660 |
| *For Plaintiffs Las Americas Immigrant* | F: (212) 549-2654 |
| *Advocacy Center and American Gateways* | abalakrishnan@aclu.org |
| | ojadwat@aclu.org |
| Christina Sanchez | lgelernt@aclu.org |
| El Paso County Attorney | |
| 320 S. Campbell St., Suite 200 | *For Plaintiffs Las Americas Immigrant* |
| El Paso, Texas 79901 | *Advocacy Center, American Gateways,* |
| Tel: (915) 273-3247 | *and County of El Paso* |
| ch.sanchez@epcounty.com | |
| | |
| Bernardo Rafael Cruz, (TX Bar No. 24109774) | |

2

Assistant County Attorney
320 S. Campbell St., Suite 200
El Paso, Texas 79901
Tel: (915) 273-3247
b.cruz@epcounty.com

*For Plaintiff County of El Paso*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of

Court by using the District Court CM/ECF system. A true and correct copy of this document has

been served via the Court's CM/ECF system on all counsel of record.


*/s/ Cody Wofsy*
Cody Wofsy

3