**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; AND THE COUNTY OF EL PASO, TEXAS, *Plaintiffs*, <br><br> v. <br><br> FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPT. OF PUBLIC SAFETY, AND JAMES MONTOYA, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 34TH DISTRICT, *Defendants*. <br><br> LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE, *Plaintiffs*, <br><br> v. <br><br> GREGORY ABBOTT, *ET AL.*, *Defendants*. | Cause No. 1:23-CV-01537-DAE [LEAD CASE] <br><br><br> Consolidated with 1:24-CV-00270 |

**LUPE PLAINTIFFS' RESPONSE TO DEFENDANT MARTIN'S MOTION
TO LIFT STAY AND TO DIMISS CASE 1:23-CV-1537-DAE**

Plaintiffs La Union Del Pueblo Entero ("LUPE"), Sarah Doe, Mary Doe, John Doe, and

James Doe (collectively "LUPE Plaintiffs") respectfully file this Response to Defendant Martin's

Motion to Lift Stay and to Dismiss Case 1:23-CV-1537-DAE. Doc. 87.

Defendant Martin asks the Court to dismiss this consolidated case based on the argument

that some (but not all) plaintiffs lack standing.  *See* Doc. 87-1 (asking the Court to "dismiss[]

without prejudice Case No. 1:23-cv-1537-DAE" in addition to dismissing the claims of the Las Americas Plaintiffs).

LUPE Plaintiffs take no position on whether the claims of the Las Americas Plaintiffs should be dismissed.  But LUPE Plaintiffs urge the Court, if it does dismiss the Las Americas Plaintiffs' claims, to revive LUPE's original action by immediately lifting the administrative stay in Case No. 1:24-cv-270-DAE.  LUPE Plaintiffs do not oppose Defendant Martin's request to lift the stay to permit further proceedings in this case.

## BACKGROUND

The LUPE Plaintiffs filed their original complaint on March 12, 2024 challenging SB 4. *See La Union Del Pueblo Entero v. Abbott*, No. 1:24-cv-270 (hereinafter "*LUPE*"), Doc. 1.  On May 07, 2024, the Court stayed "all deadlines and proceedings in this case pending the Fifth Circuit's decision on the district court's preliminary injunction order entered in the related case *United States v. Texas, et.al.*, No. 1:24-cv-00008-DAE, or any party's request to lift the stay." *LUPE,* Doc. 21.

On April 04, 2025, the Court temporarily lifted the stay for purposes of consolidating the *LUPE* action with *Las Americas*, *et.al.*, *v. Martin, et al.*, No. 1:23-cv-1537.  *See LUPE*, Doc. 35. The Court administratively closed *LUPE* and assigned *Las Americas* as the lead case.  *See id.; see also Las Americas, et.al., v. Martin, et al*., 1:23-cv-1537, Doc. 51 at 3. ("Las Americas Immigrant Advocacy Center v. Martin, 1:23-cv-1537-DAE, shall be the lead case, and all future filings shall be made in 1:23-cv-1537-DAE.").

On April 24, 2026, the Fifth Circuit Court of Appeals, sitting *en banc*, vacated the preliminary injunction of SB 4 on standing grounds (*United States v. Texas*, 173 F.4th 659 (5th Cir. 2026)), and on May 15, 2026, issued its mandate. *See Las Americas* Doc. 83.

On May 22, 2026, Defendant Martin filed his "Motion to Lift Stay and to Dismiss Case 1:23-CV-1537-DAE." *Las Americas* Doc. 87. Defendant Martin argues that "[t]his Court therefore lacks subject matter jurisdiction in Case No. 1:23-cv-1537-DAE and should dismiss this case." *Id*. at 2.  Defendant Martin's proposed order makes three requests for relief:

1.  "[D]ismiss[] without prejudice Case No. 1:23-cv-1537-DAE";

2.  Dismiss "all claims asserted in that action by Plaintiffs Las Americas" *et al*.;

3.  Award "all costs of suit" to Defendant Martin.

*Las Americas* Doc. 87-1.

**ARGUMENT**

Because this is a consolidated action, if the Court does not revive LUPE Plaintiffs' original action by lifting the administrative stay in Case No. 1:24-cv-270, dismissal of the *Las Americas* case will foreclose LUPE Plaintiffs' ability to pursue their claims.

 LUPE plaintiffs have live claims that the Court has not yet adjudicated.  In the preliminary injunction appeal, the Fifth Circuit ruled only that the Las Americas Plaintiffs lack standing.  *See United States v. Texas*, 173 F.4th 659 (5th Cir. 2026). That ruling is the sole ground on which Defendant Martin requests dismissal.  *See* Doc. 87 at 2 ("LA, Gateways, and El Paso County each lack standing to sue[.]").  Following consolidation of LUPE's lawsuit into *Las Americas*, this lawsuit – No. 1:23-cv-1537-DAE – includes the claims of LUPE Plaintiffs.  If the Court is inclined to grant Defendant Martin's request to "dismiss[] without prejudice Case No. 1:23-cv-1537-DAE", in addition to dismissing the claims of the Las Americas Plaintiffs, LUPE Plaintiffs respectfully

request that the Court also reopen LUPE Plaintiffs' original action, No. 1:24-cv-270, to allow LUPE Plaintiffs to pursue their claims. *See Hall v. Hall*, 138 S. Ct. 1118, 1127 (2018) ("consolidation [does not] change the rights of the parties").

Finally, LUPE Plaintiffs do not oppose Defendant Martin's request to lift the stay to permit further proceedings in this case.

## CONCLUSION

For these reasons, LUPE Plaintiffs take no position on the request to dismiss the Las Americas Plaintiffs' claims, but request that if the Court does dismiss those claims it immediately re-opens LUPE Plaintiffs' original action, No. 1:24-cv-270. LUPE Plaintiffs do not oppose Defendant Martin's request to lift the stay to permit further proceedings in this case.

Dated: June 05, 2026                    Respectfully submitted,

MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
By: /s/ Nina Perales
Nina Perales (Tex. Bar No. 24005046)
Alma Buena (New Mexico Bar No. 159850)
Antonio DelGrande (New York Bar No. 6070510)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org

*Attorneys for Plaintiff LUPE*

Lynn Damiano Pearson (Georgia Bar No. 311108)*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. No. 108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911

damianopearson@nilc.org

Peter McCraw (TX Bar No. 24081036)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC  20034
Tel: (951) 295-0152
Fax: (213) 639-3911
mcgraw@nilc.org

*Counsel for Plaintiffs Sarah Doe, Mary Doe, John
Doe, and James Doe*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on June 05, 2026.

/s/ Nina Perales
Nina Perales